STATE EX REL. SPIRES *v.* POFF, CLERK, ETC.

[No. 0-344. Filed December 29, 1953.]

PER CURIAM—Petitioner prays that we issue an alternative writ of mandamus directed to the Clerk of the Clark Circuit Court. Under §4 of Article 7 of the Constitution of Indiana, we only have "such original jurisdiction as the General Assembly may confer." By §3-2201, Burns' 1946 Replacement, our jurisdiction is limited to issuing writs of mandamus to the courts therein named. We have no jurisdiction to issue a writ to a clerk of a trial court.

Petition denied.

NOTE.—Reported in 116 N. E. 2d 297.

STATE OF INDIANA EX REL. BAYES *v.* MURRAY, JUDGE, CRIMINAL COURT OF LAKE COUNTY.

STATE OF INDIANA EX REL. MOORE *v.* CHAMBERLIN, JUDGE, CRIMINAL COURT OF MARION COUNTY.

[Nos. 0-340 and 0-350. Filed December 29, 1953.]

PER CURIAM—Each petitioner seeks an alternative writ of mandamus from this court. Each petition is fatally defective in that each fails to comply with Rule 2-35 as to certified copies of pleadings and court records of the trial courts.

Petitions denied.

NOTE.—Reported in 116 N. E. 2d 236.